# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number:   8:22-PO-330 (GLF) |
| Juana Cruz-Lopez | USM Number:   34668-510 |
| | Gregory Teresi, Esq. |
| | Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__   Guilty as to Count(s) 1 of the Information on 12/22/2022.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF:** Improper Entry by Alien in violation of Title 8 U.S.C. § 1325(a)(2).

**DATE OFFENSE CONCLUDED:**   December 4, 2022

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is sentenced to 35 days in jail, no fine is imposed and the special assessment is ordered remitted.

12/22/2022
Date of Imposition of Sentence

12/22/2022
Date Signed

_/s/ Gary L. Favro_
Hon. Gary L. Favro
U.S. Magistrate Judge